UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON DANTE HARRIS, JR., | CV 12-04709-VBF |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

    In accordance with this Court's Order issued today (denying petitioner's motion for habeas corpus relief), final judgment is hereby entered in favor of respondent United States of America and against petitioner Devon Dante Harris, Junior.

    IT IS SO ORDERED.

DATED:  December 18, 2013

*Valerie Baker Fairbank*
_____
The Honorable Valerie Baker Fairbank
SENIOR UNITED STATES DISTRICT JUDGE